UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN KINSEY,<br><br>    Plaintiff,<br><br>vs.<br><br>FRESNO POLICE OFFICER VICTOR MERCADO; FRESNO POLICE OFFICER ROBERT COLLINS; THE CITY OF FRESNO; DOES 1-10,<br><br>    Defendants. | Case No.: 13-CV-01757-LJO-SAB<br><br>**PROTECTIVE ORDER** |

**Protective Order:**

1.     Counsel for Defendants, City of Fresno, Officer Robert Collins and Officer Victor Mercado, shall disclose to counsel for plaintiff, records containing personnel matters, including records of this incident and records of police practices and procedures.

1

2. Counsel for the plaintiff shall not convey, transfer, publish, distribute, copy, duplicate or disseminate the information so provided except as may be reasonably necessary for the prosecution of this litigation, by communicating with plaintiff, or investigators, consultants and experts retained on behalf of the plaintiff in this matter.

3. Prior to the dissemination of any such information pursuant to this order, counsel for the plaintiff shall inform such person of the terms and conditions of this order and secure such person's agreement to be bound by it.

4. Plaintiff, plaintiff's counsel, and plaintiff's investigators, consultants and experts, are expressly prohibited from utilizing the disclosed information for any purpose other than the prosecution of *Ian Kinsey v. Fresno Police Officer Victor Mercado, et al.*, USDC Case No. 13-CV-01757 LJO SAB and the information disclosed shall not be utilized in any other proceeding or litigation, or for any other purpose.

5. Plaintiff, plaintiff's counsel, and plaintiff's investigators, consultants and experts, are expressly prohibited from disclosing orally or otherwise the information subject to this Protective Order to any person other than those who are reasonably necessary for the prosecution of *Ian Kinsey v. Fresno Police Officer Victor Mercado, et al.*, USDC Case No. 13-CV-01757 LJO SAB.

6. Plaintiff, plaintiff's counsel, and plaintiff's investigators, consultants and experts, are expressly prohibited from duplicating, copying or otherwise distributing or disseminating any of the disclosed information to any person or entity.

7. Counsel for each party shall take reasonable precaution to prevent the unauthorized or inadvertent disclosure of any of the protected information.

8. In the event anyone shall violate or threaten to violate any terms of this Protective Order, the aggrieved party may immediately apply to obtain relief to

this court against any such person violating or threatening to violate any of the terms of this order. This court shall retain jurisdiction over the parties and any other persons subject to the terms of this order for the purpose of enforcing this order. The court shall have the power to impose whatever penalties it deems appropriate for the violation of said order, including, but not limited to, monetary and judicial sanctions and contempt.

9. At the final conclusion of this action, all disclosed materials will be returned to the counsel for the Defendants without request and within 60 days of the final judgment, including any appeals, if any.

10. This order shall survive the final termination of this action, to the extent that the information disclosed remains confidential and does not become known to the public, and the court shall retain jurisdiction to resolve any dispute concerning the use of the information disclosed herein.

11. Submission of any documents subject to the protective order to the Court must comply with Local Rule 141.

IT IS SO ORDERED.

Dated: __**August 22, 2014**__

UNITED STATES MAGISTRATE JUDGE