# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN KINSEY,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF FRESNO, et al.,<br><br>            Defendants. | Case No.  1:13-cv-01757-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 13)<br><br>THIRTY-DAY DEADLINE |

On December 30, 2014, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.  Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within thirty days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **December 31, 2014**

UNITED STATES MAGISTRATE JUDGE

1