UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN KINSEY,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>FRESNO POLICE OFFICER VICTOR MERCADO, et al.,<br><br>　　　　　Defendants. | 1:13-cv-1757-LJO-SAB<br><br>**ORDER RE STIPULATION TO DISMISS (DOC. 15)** |

On January 19, 2014, the parties filed a stipulation to dismiss with prejudice this entire action.[1] Doc. 15 at 1. Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), this Court:

　　1.　　DISMISSES with prejudice this entire action and all claims;

　　2.　　VACATES all pending dates and matters; and

　　3.　　DIRECTS the clerk to close this action.

IT IS SO ORDERED.

　　Dated:　**January 20, 2015**　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] The parties' request will be construed to have been brought under Fed. R. Civ. P. 41(a)(1)(A)(ii).

1